USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09/14/2021

**MEMORANDUM ENDORSEMENT**

Harris v. The August Aichhorn Center for Adolescent Residential Care, Inc. et al

7:21-cv-05926-NSR

The Court has reviewed Plaintiff's letter dated September 14, 2021. Per the Court's individual rules, "[a] pre-motion conference with the Court is required before making any [non-discovery] motion," and "the moving party shall submit a letter, not to exceed three pages, setting forth the basis for the anticipated motion." On September 7, 2021, Defendants filed a motion to dismiss without requesting a pre-motion conference. In response to this motion, on September 14, 2021 Plaintiff filed an amended complaint pursuant to Rule 15(a)(1)(B). Therefore, the motion will be stricken from the record. If Defendants would still like to file a motion to dismiss, they must first file a letter per this Court's rules, and the Court will then set a briefing schedule. Defendants shall have until September 29, 2021 to either file an answer or request leave to file their motion.

The Clerk of the Court is kindly directed to terminate the motion at ECF No. 9.

Dated: September 14, 2021
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

**MEMO ENDORSED**

**Harrison, Harrison & Associates, Ltd.**
90 BROAD STREET, 2nd Floor
NEW YORK, NY, 10007
DIRECT DIAL (888) 239-4410
FAX (718) 799-9171
dharrison@nynjemploymentlaw.com

Address all mail to:
110 Highway 35, 2nd floor
Red Bank, NJ 07701

September 14, 2021

**VIA ECF**

Hon. Nelson S. Roman
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: Harris v. The August Aichhorn Center for Adolescent Residential Care, Inc. et al.
7:21-cv-05926 (NSR)

Dear Judge Roman,

This firm represents Plaintiff Rachelle Harris[1] ("Plaintiff") in the above referenced matter and we write to inform the Court that this morning Plaintiff filed an Amended Complaint, as a right pursuant to FRCP Rule 15(1)(B), in this proceeding. In light of her filing of the Amended Complaint, we believe that Plaintiff no longer needs to respond to Defendant's September 7th Motion to Dismiss. If we are mistaken and the Court still wishes for us to respond to/oppose the Motion to Dismiss, we respectfully ask for thirty (30) days to file our opposition brief.[2]

We thank the Court for its attention to this matter.

Sincerely,
/s/ DAVID HARRISON_____
David Harrison

cc: All Counsel Of Record (via ECF)

---

[1] In the original Complaint, Plaintiff's first name was inadvertently misspelled as "Rochelle" instead of the correct spelling of "Rachelle". This error has been corrected in the Amended Complaint.

[2] Inasmuch as Defendant failed to request a pre-motion conference, there was never any briefing schedule set for this motion.