USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/3/2023



**KAUFMAN BORGEEST & RYAN LLP**

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

March 2, 2022

DIANNA D. McCARTHY
DIRECT: 646.367.6716
DMCCARTHY@KBRLAW.COM

**MEMO ENDORSED**

<u>VIA ECF</u>
Hon. Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: Harris v. The August Aichhorn Center for Adolescent Residential Care, Inc. et al.
    Case No: 7:21-cv-05926-NSR

Dear Judge Roman:

We represent Defendants The August Aichhorn Center for Adolescent Residential Care, Inc. and Michael A. Pawel in the above-referenced matter. We write to seek an extension of time to submit our reply papers in further support of Defendants' motion for summary judgment.

We respectfully request an extension of time so Defendants' moving papers are to be served and the motion filed on ECF on March 22, 2023. We make this request due to consenting to receive Plaintiff's papers in opposition to Defendants' motion for summary judgment after the scheduled February 22, 2023 deadline due to the Plaintiff counsel's illness. Plaintiff's final opposition papers were received on February 26, 2023.

Plaintiff's counsel has consented to this extension request. This is the first request to extend the deadline for our reply papers.

Thank you for your attention to this matter.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Dianna D. McCarthy

The Court GRANTS Defendants' consented-to request to serve reply papers on March 22, 2023. The parties are directed to file their motion papers on ECF no the reply date, March 22, 2023. The Clerk of the Court kindly directs the Clerk of Court to terminate the motion number at ECF No. 43.

Dated: March 3, 2023
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA

8848605