UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rachel Harris,

               Plaintiff,

  -against-

The August Aichhorn Center for Adolescent Residential Care Inc., et al,

               Defendants.

21-cv-5926 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof. Plaintiff's motion for reconsideration is denied as moot without prejudice and is to be re-filed in the event the settlement agreement is not executed. The pre-trial conference scheduled for September 19, 2024 is adjourned *sine die*.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court. The Clerk of the Court is respectfully requested to terminate the motions at ECF Nos. 59 and 67.

Dated:  August 21, 2024
         White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge